# BRANDGLICKBRAND
### Attorneys at Law

April 3, 2017

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/3/17
```

**VIA ECF**
Honorable Gregory H. Woods
United States District Court of New York
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

**MEMORANDUM ENDORSED**

Re: Palmer v. Singh
Docket No: 16 CIV 4819 (GHW)

Dear Honorable Woods:

This office represents defendant Singh and Sharif in the above captioned matter. Our defense of these parties is being provided by Fiduciary Insurance Company of America ("FICA"). We are writing to advise the Court and counsel for all parties that a recent Order to Show Cause filed on behalf of FICA has stayed all proceedings wherein FICA provides a defense to any party, pending determination of an Order to Show Cause, which is currently scheduled to be heard on May 2, 2017. A copy of the signed Order to Show Cause is annexed hereto. Thus, we are respectfully requesting that the Court mark this matter as stayed and that all deadlines further be stayed until a date after May 2, 2017. With the Court's permission, I will file a letter advising of the status of the stay after May 2, 2017.

Thank you for your time and consideration.

The Court takes no position on whether the order of the New York State Supreme Court entered on March 28, 2017 (Dkt. No. 34-1) is sufficient to stay this federal action. Regardless, the Court grants a temporary stay of proceedings until May 15, 2017. Defendants' counsel is directed to file a letter by May 3, 2017 updating the Court on the status of the pending order to show cause in state court.

At the conclusion of the stay, the Court expects to order that discovery be completed and motions for summary judgment, if any, be filed within the amount of time remaining under the existing deadlines when the state court order was entered. For example, when the state court order was entered, approximately two weeks remained in the fact discovery period, and the Court expects that fact discovery will be completed within two weeks of the lifting of the stay.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 34.

SO ORDERED.

Dated: April 3, 2017
New York, New York

_____
GREGORY H. WOODS
United States District Judge