```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/4/17
```

# BRANDGLICKBRAND
### Attorneys at Law

May 3, 2017

**MEMORANDUM ENDORSED**

<u>VIA ECF</u>
Honorable Gregory H. Woods
United States District Court of New York
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

      Re:    Palmer v. Singh
                   Docket No: 16 CIV 4819 (GHW)

Dear Honorable Woods:

      This office represents defendant Singh and Sharif in the above captioned matter. Our defense of these parties is being provided by Fiduciary Insurance Company of America ("FICA").

      In accordance with your Order of April 3, 2017, the defendants are providing this update regarding the pending Order to Show Cause. The Order to Show Cause has been adjourned to June 7, 2017. Attached for the Court's reference is a print-out confirming same. As noted in our prior application, the signed Order to Show Cause has stayed all proceedings wherein FICA provides a defense to any party, pending determination which is now scheduled to be heard in the afternoon of June 7, 2017. A copy of the signed Order to Show Cause is annexed hereto. At this time, we are respectfully requesting that this Court continue to mark this matter as stayed and that all deadlines further be stayed until a date after June 7, 2017. With the Court's permission, I will file a letter advising of the status of the stay after June 7, 2017.

      Thank you for your time and consideration.

The Court takes no position on whether the order of the New York State Supreme Court entered on March 28, 2017 (Dkt. No. 34-1) is sufficient to stay this federal action. Regardless, Defendants' request for an extension of the temporary stay of proceedings entered by the Court on April 3, 2017 (Dkt. No. 35) is GRANTED. The temporary stay of proceedings is extended to June 21, 2017. Defendants' counsel is directed to file a letter by June 8, 2017 updating the Court on the status of the pending order to show cause in state court.

At the conclusion of the stay, the Court expects to order that discovery be completed and motions for summary judgment, if any, be filed within the amount of time remaining under the existing deadlines when the state court order was entered.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 36.

SO ORDERED.

Dated: May 4, 2017
New York, New York

                             _____
                              GREGORY H. WOODS
                            United States District Judge