

# HAUSMAN & PENDZICK
## ATTORNEYS AT LAW

April 20, 2018

**Via CM/ECF Only**
United States District Court
Southern District of New York
Attn: Hon. Gregory H. Woods
500 Pearl Street, Courtroom 12C
New York, New York 10007

                                                    Re: *Palmer v Singh*
                                                         Case No.: 1:16-cv-4819

Dear Judge Woods:

      As the Court is aware, we represent the plaintiffs in the above-referenced action.

      As the Court is further aware, the parties reached an agreement to settle this case with the help of a court-appointed mediator. Based on this, Your Honor issued an order on March 28, 2018 conditionally discontinuing the action.

      As Your Honor will recall, this case was complicated by the liquidation of Fiduciary Insurance Company of America, which insured two of the defendants in this action. Now, in order for the parties to settle this action, releases must be executed in favor of the New York Liquidation Bureau ("NYLB").

      We have concerns regarding certain language in these releases which we have been unable to resolve with the NYLB. We now feel that an *in person* conference with the Court would aid the parties in fully resolving these issues. As such, we respectfully request that such a conference be scheduled at the earliest convenience date for the Court.

      Please do not hesitate to contact us with any questions or concerns that Your Honor may have. We thank the Court very much for its time and assistance.

                                                          Respectfully Submitted,

                                                          *HAUSMAN & PENDZICK*

                                                          By: _____
                                                               JAY S. HAUSMAN

JAY S. HAUSMAN & ASSOCIATES, P.C. * ATTORNEYS AT LAW

440 Mamaroneck Avenue * Suite 408 * Harrison * New York 10528
T: (914) 946-3344 * F: (914) 946-9733 * Email:info@hptriallaw.com

**April 20, 2018**

Re:     *Palmer v Singh*
         **Case No.: 1:16-cv-4819**

**Page 2 of 2**

Cc:     **Via CM/ECF Only**                          **Via CM/ECF Only**
         BRAND, GLICK & BRAND, P.C.         LAW OFFICE OF DENNIS C. BARTLING
         Attn: Heather Hammerman, Esq.      Attn: Susan Duncan, Esq.
         600 Old Country Road, Suite 440     875 Merrick Avenue
         Garden City, New York 11530          Woodbury, New York 11590

         **Via Email Only: ehayes@nylb.org**
         NEW YORK LIQUIDATION BUREAU
         Attn: Edward A. Hayes, Esq.
         110 William Street
         New York, New York 10038